# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| ANDREW SCHNEBLY,<br><br>                Plaintiff,<br><br>v.<br><br>SALT LAKE COUNTY,<br><br>                Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-cv-127-RJS-EJF<br><br>Judge Robert J. Shelby |

      Pursuant to 28 U.S.C. § 636(b)(1)(B), this case was referred to Magistrate Judge Eveyln J. Furse.  On September 24, 2014 Judge Furse issued a Report and Recommendation on Defendant Salt Lake County's Motion to Dismiss for Failure to State a Claim.  (Dkts. 10, 14.) Judge Furse recommended that this court dismiss Plaintiff Andrew Schnebly's Complaint without prejudice and grant Mr. Schnebly a thirty-day leave to replead.  (Dkt. No. 14.)  Judge Furse's recommendation is based on Mr. Schnebly's failure to include enough details in his Complaint to state a claim upon which relief can be granted.

      In accordance with 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), Judge Furse ordered the parties to submit objections by October 8, 2014.  (*Id.*)  Neither party submitted objections within the allotted time frame.  After careful consideration, the court **ADOPTS IN FULL** Judge Furse's Report and Recommendation.  (Dkt. 14.)  Accordingly, the court **DISMISSES** the Plaintiff's Complaint **WITHOUT PREJUDICE** and grants the Plaintiff thirty days from the date of this Order to file an Amended Complaint.

      **SO ORDERED** this 23rd day of October, 2014.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge